**Order entered April 22, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00359-CV

### LEE PURSER, Appellant

### V.

### BRENT L. CORALLI, JET TEXT, LLC, AND CORALLI, INC., Appellees

**On Appeal from the 401st Judicial District Court
Collin County, Texas
Trial Court Cause No. 401-05082-2013**

## ORDER

We **GRANT** appellees' April 19, 2016 unopposed motion for extension of time to file

brief and **ORDER** the brief be filed no later than April 29, 2016.


/s/     CRAIG STODDART
JUSTICE